**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALISON FRIEND,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:25-cv-04313<br><br>**Honorable Lindsay C. Jenkins**<br><br>**Magistrate Maria Valdez** |

**DECLARATION OF QUANCHENG CHENG**

**I, QUANCHENG CHENG, declare as follows:**

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration, and such statements are true and correct.

2. I am an attorney admitted to the New York State Bar on August 31, 2021. My Bar number is 5876057.

3. On June 12, 2025, I participated in a Tencent Meeting (a real-time conference software similar to Zoom) with Ruixin Lu and San Zhang.

4. I personally observed San Zhang enter the username and password to log into the Temu Seller Central online platform for each of the 19 seller accounts: Beautiful poster painting (634418218434213); one apple poster (634418219654011); just poster (634418220345993); A one poster (634418220441342); Decorative Painting Superman (634418219571237); Decorative painting guy (634418219571490); Oil painting lll

(634418218620067); Decorative painting girl (634418219571413); Yangguan Poster (634418219649523); poste two (634418219477045); Sungharbor Home (634418220488068); Wonderful unique poster (634418219316678); poster good (634418218138790); Beautiful flowers means love (634418218147966); Beautiful poster style (634418219042152); Artful Livin Wall Wonders Aesthetic Haven (634418219383612); Canvas Classics One (634418219573843); Wonderful Poster Showcase (634418220484141).

5. Upon reviewing each of the above 19 store accounts on the Temu Seller Central online platform, I confirmed that each account had sold 0 items and generated $0 in sales.

6. Attached as Exhibit A is a true and correct copy of screenshots from the Temu Seller Central online platform showing the sales information for these accounts.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Dated:

*Quancheng Cheng*

QUANCHENG CHENG, ESQ.