# EXHIBIT A



2025/6/3 14:27 Temu Seller Central

TEMU Seller Central
A one poster
商品销售数据
A one poster
ID：634418220441342
切换
退出登录
总共1条数据
1
10 条/页

| GoodsId | 销售数量 | 销售金额（币种：USD） |
| --- | --- | --- |
| 601100010070668 | 0 | 0 |

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1

TEMU Seller Central
Art of living poster design
商品销售数据
Art of living poster design
ID：634418220344099
切换
退出登录
总共1条数据
1
10 条/页

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099961569818 | 0 | 0 |



TEMU Seller Central
Artful Livin Wall Wonders Aesthetic Haven
商品销售数据
Artful Livin Wall Wonders Aesthetic Haven
ID：634418219383612
切换
退出登录
GoodsId
销售数量
销售金额（币种：USD）
601100003083518
0
0
总共1条数据
1
10 条/页



TEMU Seller Central
Beautiful flowers means love
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099806073247
0
0
总共1条数据
1
10 条/页
Beautiful flowers means love
ID：634418218147966
切换
退出登录

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099961326219 | 0 | 0 |

TEMU Seller Central
Beautiful poster style
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099842097988
0
0
总共1条数据
1
10 条/页
Beautiful poster style
ID：634418219042152
切换
退出登录

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099880572688 | 0 | 0 |

TEMU Seller Central
Decorative painting girl
商品销售数据
Decorative painting girl
ID：634418219571413
切换
GoodsId
销售数量
销售金额（币种：USD）
601099995967523
0
0
总共1条数据
1
10 条/页
退出登录

TEMU Seller Central
Decorative painting guy
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099995841938
0
0
总共1条数据
1
10 条/页
Decorative painting guy
ID：634418219571490
切换
退出登录

TEMU Seller Central

Decorative Painting Superman

## 商品销售数据

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601100004879698 | 0 | 0 |

总共1条数据 1 10 条/页

Decorative Painting Superman
ID：634418219571237
切换

退出登录

TEMU Seller Central
just poster
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099969061523
0
0
总共1条数据
1
10 条/页
just poster
ID：634418220345993
切换
退出登录

TEMU Seller Central
Oil painting III
商品销售数据
Oil painting III
ID：634418218620067
切换
退出登录
总共1条数据
1
10 条/页

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099995966405 | 0 | 0 |





TEMU Seller Central
one apple poster
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099866660914
0
0
总共1条数据
1
10 条/页
one apple poster
ID：634418219654011
切换
退出登录



TEMU Seller Central

poste two

## 商品销售数据

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099921644534 | 0 | 0 |

总共1条数据 < 1 > 10 条/页

poste two
ID：634418219477045

切换

退出登录

2326908797990

TEMU Seller Central
poster good
商品销售数据
poster good
ID：634418218138790
切换
退出登录
GoodsId
销售数量
销售金额（币种：USD）
601099832791976
0
0
总共1条数据
1
10 条/页

TEMU Seller Central

Sungharbor Home

商品销售数据

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601099992104368 | 0 | 0 |

总共1条数据 < 1 > 10 条/页

Sungharbor Home
ID：634418220488068
切换

退出登录

| GoodsId | 销售数量 | 销售金额（币种：USD） |
|---|---|---|
| 601100011108761 | 0 | 0 |

| GoodsId | 销售数量 | 销售金额（币种：USD） |
| --- | --- | --- |
| 601099803729996 | 0 | 0 |

TEMU Seller Central
Yangguan Poster
商品销售数据
GoodsId
销售数量
销售金额（币种：USD）
601099872576085
0
0
总共1条数据
1
10 条/页
Yangguan Poster
ID：634418219649523
切换
退出登录

**TRANSLATION CERTIFICATION**

I, Quancheng Cheng, being duly sworn, deposes and says that: I certify that I am fluent with both English and Chinese and that the attached translations are true and accurate translations into English of documents written in Chinese to the best of my knowledge.

Quancheng Cheng, Esq.



2025/6/3 14:27 Temu Seller

TEMU Seller Central
A one poster
A one poster
ID：634418220441342
Swift
Log out

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601100010070668 | 0 | 0 |

Total 1 Data 1 10 /Page

23482409831&

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099961569818 | 0 | 0 |

TEMU Seller Central

Artful Livin Wall Wonders Aesthetic Haven

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601100003083518 | 0 | 0 |

Total 1 Data 1 10 /Page

Artful Livin Wall Wonders Aesthetic Haven
ID：634418219383612

Swift

Log out



TEMU Seller Central

Beautiful flowers means love

## Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
| --- | --- | --- |
| 601099806073247 | 0 | 0 |

Total 1 Data 1 10 /Page

Beautiful flowers means love
ID：634418218147966
Swift

Log out

228983101543



TEMU Seller Central

Beautiful poster painting

## Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099961326219 | 0 | 0 |

Total 1 Data < 1 > 10 /Page

Beautiful poster painting
ID：634418218434213

Swift

Log out

230070095345



2025/6/3 14:39 Temu Seller

TEMU Seller Central
Beautiful poster style
Product Sales Data
Beautiful poster style
ID: 634418219042152
Swift
Log out
Total 1 Data
1
10 /Page

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099842097988 | 0 | 0 |

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1



2025/6/3 14:22 Temu Seller

TEMU Seller Central
Canvas Classics One
Product Sales Data
Canvas Classics One
ID: 634418219573843
Swift
Log out
Total 1 Data
1
10 /Page

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099880572688 | 0 | 0 |

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1



TEMU Seller Central

Decorative painting girl

## Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099995967523 | 0 | 0 |

Total 1 Data 1 10 /Page

Decorative painting girl

ID：634418219571413

Swift

Log out

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099995841938 | 0 | 0 |

2025/6/3 14:28 Temu Seller

TEMU Seller Central
Decorative Painting Superman
Product Sales Data
Decorative Painting Superman
ID：634418219571237
Swift
Log out
Total 1 Data
1
10 /Page

| GoodsId | Sales Quantity | Sales Amount（Currency：USD |
|---|---|---|
| 601100004879698 | 0 | 0 |

2328952119824

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1



2025/6/3 14:26 Temu Seller

TEMU Seller Central
just poster
Product Sales Data
just poster
ID: 634418220345993
Swift
Log out
Total 1 Data
1
10 /Page

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099969061523 | 0 | 0 |

https://agentseller-us.temu.com/govern/product-sales-data?outId=EJ2SBPEIJ5G24THXG6C4IMPI54 1/1



TEMU Seller Central

Oil painting III

## Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099995966405 | 0 | 0 |

Total 1 Data 1 10 /Page

Oil painting III
ID：634418218620067
Swift

Log out

2304984499138

TEMU Seller Central
one apple poster
Product Sales Data
GoodsId
Sales Quantity
Sales Amount（Currency：USD）
601099866660914
0
0
Total 1 Data
1
10 /Page
one apple poster
ID：634418219654011
Swift
Log out

TEMU Seller Central

poste two

poste two
ID：634418219477045

Swift

Log out

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099921644534 | 0 | 0 |

Total 1 Data 1 10 /Page

2326908797990



TEMU Seller Central

poster good

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099832791976 | 0 | 0 |

Total 1 Data 1 10 /Page

poster good
ID：634418218138790
Swift

Log out

TEMU Seller Central

Sungharbor Home

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
| --- | --- | --- |
| 601099992104368 | 0 | 0 |

Total 1 Data 1 10 /Page

Sungharbor Home
ID：634418220488068
Swift

Log out

TEMU Seller Central

Wonderful Poster Showcase

## Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
| --- | --- | --- |
| 601100011108761 | 0 | 0 |

Total 1 Data < 1 > 10 /Page

Wonderful Poster Showcase
ID：634418220484141

Swift

Log out

23491607564

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099803729996 | 0 | 0 |

TEMU Seller Central

Yangguan Poster

Product Sales Data

| GoodsId | Sales Quantity | Sales Amount（Currency：USD） |
|---|---|---|
| 601099872576085 | 0 | 0 |

Total 1 Data 1 10 /Page

Yangguan Poster
ID：634418219649523
Swift

Log out

2331835934347